[Dogmrrv7] [District Order Granting Motion for Reconsideration of Order Dismissing Case and Reinstating Case – Chapter 7]

ORDERED.

Dated: June 16, 2025

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                      Case No.
                                                                                            8:23−bk−03447−RCT
                                                                                            Chapter 7

Audry Antoinette Williams

_____Debtor*_____/

**ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE, REINSTATING CASE AND RESCHEDULING 341 MEETING AND EXTENDING DEADLINES**

   THIS CASE came on for consideration without a hearing of the Motion For Reconsideration of Order Dismissing Case, Reinstating Case (the "Motion") filed by Debtor (Document No. 57 ). The Court has considered the Motion and finds that it is well taken and should be granted. Accordingly, it is

   **ORDERED:**

1. The Motion is hereby granted.

2. The Order Dismissing Case is vacated, and the case is reinstated.

3. The interim trustee originally appointed is deemed reappointed by the Office of the United States Trustee.

4. The Debtor is directed to attend a rescheduled meeting of creditors which will be held on July 15, 2025 at 02:30 PM. Trustee: Larry S. Hyman. Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 715 411 7224, and passcode 9348561757, or call 813−586−2324.

5. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c) and Local Rules 4004−2(a) and 4007−1(a), the Court extends the deadline for filing complaints to determine the dischargeability of a debt under 11 U.S.C. § 523 and complaints or motions objecting to the debtor's discharge under 11 U.S.C. § 727 or 11 U.S.C. § 1328(f) through September 15, 2025.

6. Pursuant to 11 U.S.C. § 105, the Court extends the deadline contained in Fed. R. Bank. P. 1017(e) for filing a motion to dismiss under 11 U.S.C. § 707(b) through the date that is 60 days after the later of the date set for the rescheduled meeting of creditors under § 341(a) or the date of this Order.

7. No proof of claim deadline is established at this time. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

.

The movant's attorney is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.